THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FARMER MILLER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CRANIDES, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent,

v. Joseph Kiley, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendants of the crime of unlawfully maintaining and operating a lottery, unanimously affirmed. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.